1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   SHAWN A. TOLIVER, SB# 148349
2  HELEN LEE GREENBERG, SB# 230682
   One Sansome Street, Suite 1400
3  San Francisco, California 94104
   Telephone:   (415) 362-2580
4  Facsimile:   (415) 434-0882

5  Attorneys for Defendant SILVERADO COUNTRY CLUB & RESORT, INC.
   (erroneously sued herein as SILVERADO COUNTRY CLUB)

   FILED
   07 JUL 13 PM 4:12
   [CLERK U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA]

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

   E-filing

   C 07 3633 BZ

| | |
|---|---|
| JOHN McBRATNEY and JEAN McBRATNEY,<br><br>  Plaintiffs,<br><br>  v.<br><br>SILVERADO COUNTRY CLUB; and DOES 1-100,<br><br>  Defendants. | CASE NO.<br><br>Action Filed: June 11, 2007<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1441, 1332 (DIVERSITY OF CITIZENSHIP)** |

18  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

19     PLEASE TAKE NOTICE that defendant SILVERADO COUNTRY CLUB &
20  RESORT, INC. ("hereinafter SILVERADO") hereby removes to this Court the state court
21  action described below and respectfully provides the following upon information and
22  belief:

23     1. On June 11, 2007, an action was commenced in the Superior Court of the State of
24  California in and for the County of Napa, entitled, *John McBratney and Jean McBratney*
25  *v. Silverado County Club and Does 1 to 100,*" Case Number 26-38079. A true and correct
26  copy Plaintiffs' Complaint is attached as Exhibit A to the Declaration of Helen Lee
27  Greenberg, filed concurrently herewith.

28     2. On June 15, 2007, defendant Silverado was served with a copy of Plaintiffs'

4832-3944-1409.1

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441, 1446 (DIVERSITY)

1 Complaint and a Summons from the state court. A true and correct copy of the Summons
2 is attached as <u>Exhibit B</u> to the Declaration of Helen Lee Greenberg, filed concurrently
3 herewith.

4     3. This action is a civil action of which this Court has original jurisdiction under 28
5 U.S.C. §1332 (a), and is one which may be removed by this Court by Defendant Silverado
6 pursuant to the provisions of 28 U.S.C. §§1441, 1446, because it is a civil action between
7 citizens of a State and citizens of a foreign state, and upon Defendant Silverado's
8 information and belief, the matter in controversy exceeds the sum of $75,000. Plaintiffs'
9 alleged claims are for personal injuries he allegedly sustained at defendant Silverado's
10 resort. Plaintiffs cause of action against Silverado is based on premises liability and
11 negligence. Plaintiffs are seeking special damages including medical specials and loss of
12 earning capacity, and general damages. See <u>Exhibit A</u>.

13     4. Upon information and belief, both at the time of the commencement of the state
14 court action and at the time of the filing of this Notice of Removal, Plaintiffs John and Jean
15 McBratney were and are citizens and residents of the State of Washington. Based on
16 defense counsel's communications with plaintiffs' counsel and representations made by
17 plaintiffs, defendant Silverado is informed and believes that both plaintiffs are residents of
18 the State of Washington. See Declaration of Helen Lee Greenberg, ¶ 4.

19     5. Both at the time of commencement of the state court action and at the time of the
20 filing of this Notice of Removal, Defendant Silverado Country Club & Resort, Inc. was
21 and is a citizen of the State of California. Defendant Silverado's state of incorporation is
22 the State of California. Defendant Silverado's principal place of business is the State of
23 California. See Declaration of Helen Lee Greenberg, ¶ 2, 3.

24     6. Complete diversity of citizenship exists in that plaintiffs are citizens of the State
25 of Washington and defendant Silverado is a citizen of the State of California.

26     7. Defendant Silverado's Notice of Removal is timely pursuant to 28 U.S.C.
27 §1446(b), as Defendant Silverado was served on June 15, 2007, and no other defendants
28 have been served as of the date of the filing of this Notice of Removal.

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

### Intra-District Assignment

8. Pursuant to Local Rules 3-2 and 3-5, this is a civil action that arose in the County of Napa, California, and is being removed from the Superior Court of the State of California for the County of Napa. Under Local Rule 3-2(d), this action may be assigned to the San Francisco Division or to the Oakland Division.

WHEREFORE, Defendant Silverado prays that the action now pending against it in the Superior Court of the State of California, in and for the County of Napa, described above, be removed to this Court and proceed therein.

DATED: July 13, 2007          Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Shawn A. Toliver
Helen Lee Greenberg
Attorneys for Defendant SILVERADO COUNTRY CLUB & RESORT, INC. (erroneously sued herein as SILVERADO RESORT)

4832-3944-1409.1                            -3-
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441, 1446 (DIVERSITY)

# PROOF OF SERVICE
United States District Court, Northern District of California Case No.

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

On July 13, 2007, I served the following document described as

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1441, 1332 (DIVERSITY OF CITIZENSHIP)**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| C. Martin Gibson, Esq.<br>Gibson Law Offices<br>394 Bel Marin Keys Blvd., Ste. 3<br>Novato, CA 94949<br>Telephone: 415-883-0166<br>Facsimile: 415-883-5081 | Attorneys for Plaintiffs **JOHN & JEAN McBRATNEY** |

[ ]   (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

[X]   (BY MAIL, 1013a, 2015.5 C.C.P.)

[ ]   I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

[X]   I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 13, 2007, at San Francisco, California.

_____
Elaine Auwbrey