1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   SHAWN A. TOLIVER, SB# 148349
2  HELEN LEE GREENBERG, SB# 230682
   One Sansome Street, Suite 1400
3  San Francisco, California 94104
   Telephone:  (415) 362-2580
4  Facsimile:  (415) 434-0882

5  Attorneys for Defendant SILVERADO COUNTRY CLUB & RESORT, INC.
   (erroneously sued herein as SILVERADO COUNTRY CLUB)
6

7                              E-filing

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA      **BZ**

10

11  JOHN McBRATNEY and JEAN        **C** ) CASE NO.  **3633**
12  McBRATNEY,                        )
                                      )  Action Filed: June 11, 2007
13          Plaintiffs,               )
                                      )
14      v.                            )  **DECLARATION OF HELEN LEE**
                                      )  **GREENBERG IN SUPPORT OF**
15  SILVERADO COUNTRY CLUB;           )  **DEFENDANT SILVERADO COUNTRY**
    and DOES 1-100,                   )  **CLUB & RESORT, INC.'S NOTICE OF**
16                                    )  **REMOVAL OF ACTION UNDER**
            Defendants.              )  **28 U.S.C. §§ 1441, 1332**
17                                    )  **(DIVERSITY OF CITIZENSHIP)**
                                      )
18

19      I, Helen Lee Greenberg, declare:

20      1. I am an attorney duly licensed to practice all of the courts of the State of

21  California and before this Court and am an associate with Lewis, Brisbois, Bisgaard &

22  Smith, LLP, attorneys of records for Silverado Country Club & Resort, Inc. herein. The

23  facts set forth herein are of my own personal knowledge and upon information and belief

24  and if sworn I could and would testify competently thereto.

25      2. Silverado Country Club & Resort, Inc. was incorporated in the State of

26  California.

27      3. Silverado Country Club & Resort, Inc.'s principal place of business is in the

28  State of California.

4830-5764-4545.1
**DECLARATION OF HELEN LEE GREENBERG IN SUPPORT OF NOTICE OF REMOVAL OF ACTION**
**UNDER 28 U.S.C. §§ 1441, 1332 (DIVERSITY OF CITIZENSHIP)**

<div style="writing-mode: vertical">LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580</div>

**EXHIBIT A**

06/15/2007 FRI 11:05 FAX 707 ___ 3449 Silverado Resort +++ branco                    @002/007

06/13/2007  11:53    4158835081                GIBSON LAW OFFICES                    PAGE 04/09

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar Number, and address)*: | FOR COURT USE ONLY |
|---|---|
| C. MARTIN GIBSON, Esq.                                  98452407<br>GIBSON LAW OFFICES<br>394 Bel Marin Keys Blvd, Suite 3<br>Novato, California 94949<br>TELEPHONE NO. 415-083-0166    FAX NO. *(Optional)*: 415-883-5081<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*:  Plaintiffs, JOHN & JEAN McBRATNEY | **ENDORSED**<br><br>**JUN 1 1 2007**<br><br>Clerk of the Napa Superior Court<br>By: _____ D. ERNST<br>Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  NAPA
STREET ADDRESS: 825 Brown Street
MAILING ADDRESS:
CITY AND ZIP CODE: Napa, California 94559
BRANCH NAME: UNLIMITED JURISDICTION

PLAINTIFF: JOHN McBRATNEY
            JEAN McBRATNEY
DEFENDANT: SILVERADO COUNTRY CLUB

[X] DOES 1 TO 100

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death | CASE MANAGEMENT CONFERENCE |
|---|---|
| [ ] AMENDED *(Number)*:<br>Type *(check all that apply)*:<br>[ ] MOTOR VEHICLE    [X] OTHER *(specify)*:  PREMISES LIABILITY<br>  [ ] Property Damage    [ ] Wrongful Death<br>  [X] Personal Injury    [ ] Other Damages *(specify)*: | DATE: 11-12-07<br>TIME: 8:30am<br>PLACE: Courtroom  A<br>125 Brown Street, Napa CA 94559<br><br>DELAY REDUCTION CASE |

| Jurisdiction *(check all that apply)*:<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>  Amount demanded  [ ] does not exceed $10,000<br>            [ ] exceeds $10,000, but does not exceed $25,000<br>[X] ACTION IS AN UNLIMITED CIVIL CASE *(exceeds $25,000)*<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>  [ ] from limited to unlimited<br>  [ ] from unlimited to limited | CASE NUMBER:<br><br>26-38079 |

1.  Plaintiff *(name or names)*: JOHN McBRATNEY
    JEAN McBRATNEY
    alleges causes of action against defendant *(name or names)*:  SILVERADO COUNTRY CLUB, DOES 1 TO 100

2.  This pleading, including attachments and exhibits, consists of the following number of pages:    6

3.  Each plaintiff named above is a competent adult
    a. [ ] except plaintiff *(name)*:
        (1) [ ] a corporation qualified to do business in California
        (2) [ ] an unincorporated entity *(describe)*:
        (3) [ ] a public entity *(describe)*:
        (4) [ ] a minor    [ ] an adult
            (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
            (b) [ ] other *(specify)*:
        (5) [ ] other *(specify)*:

    b. [ ] except plaintiff *(name)*:
        (1) [ ] a corporation qualified to do business in California
        (2) [ ] an unincorporated entity *(describe)*:
        (3) [ ] a public entity *(describe)*:
        (4) [ ] a minor    [ ] an adult
            (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
            (b) [ ] other *(specify)*:
        (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use<br>Judicial Council of California    ESSENTIAL FORMS™<br>PLD-PI-001 [Rev. January 1, 2007]

Page 1 of 3

**COMPLAINT—Personal Injury, Property**
**Damage, Wrongful Death**

Code of Civil Procedure, § 425.12

MCBRATNEY, JOHN & JEAN

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| McBRATNEY vs. SILVERADO COUNTRY CLUB | |

4. ☐ Plaintiff (name) :
   is doing business under the fictitious name (specify) :

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name) :                  c. ☐ except defendant (name) :
        SILVERADO COUNTRY CLUB
        (1) ☒ a business organization, form unknown      (1) ☐ a business organization, form unknown
        (2) ☐ a corporation                              (2) ☐ a corporation
        (3) ☐ an unincorporated entity (describe) :      (3) ☐ an unincorporated entity (describe) :

        (4) ☐ a public entity (describe) :               (4) ☐ a public entity (describe) :

        (5) ☐ other (specify) :                          (5) ☐ other (specify) :


   b. ☐ except defendant (name) :                  d. ☐ except defendant (name) :

        (1) ☐ a business organization, form unknown      (1) ☐ a business organization, form unknown
        (2) ☐ a corporation                              (2) ☐ a corporation
        (3) ☐ an unincorporated entity (describe) :      (3) ☐ an unincorporated entity (describe) :

        (4) ☐ a public entity (describe) :               (4) ☐ a public entity (describe) :

        (5) ☐ other (specify) :                          (5) ☐ other (specify) :


   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1 TO 100 _____ were the agents or employees of other
        named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 1 TO 100 _____ are persons whose capacities are unknown to
        plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):


8. This court is the proper court because
   a. ☒ at least one defendant now resides in its jurisdictional area.
   b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):


9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):


PLD-PI-001 [Rev. January 1, 2007]         COMPLAINT—Personal Injury, Property         Page 2 of 3
Essential Forms™                           Damage, Wrongful Death
                                                                 McBRATNEY, JOHN & JEAN

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| McBRATNEY vs. SILVERADO COUNTRY CLUB | |

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☒ Premises Liability
   f. ☐ Other (specify):

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☒ loss of earning capacity
   g. ☐ other damage (specify):

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
      (1) ☒ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: May 16, 2007

C. MARTIN GIBSON, ESQ. SB#52407
          (TYPE OR PRINT NAME)                                (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]              COMPLAINT-Personal Injury, Property                    Page 3 of 3
Essential Forms™                                   Damage, Wrongful Death

                                                              McBRATNEY, JOHN & JEAN

PLD-PI-001(4)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| McBRATNEY vs. SILVERADO COUNTRY CLUB | |

_____FIRST_____          **CAUSE OF ACTION**- Premises Liability        Page __4__
(number)

ATTACHMENT TO ☒ Complaint    ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem L-1. Plaintiff *(name)*: JOHN McBRATNEY, JEAN BcBRATNEY
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date)*: July 4, 2006        plaintiff was injured on the following premises in the following

fashion *(description of premises and circumstances of injury)*
Plaintiffs,husband and wife, were invitees and guests of
defendant SILVERADO COUNTRY CLUB, were returning to their
room along a paved walkway. JOHN McBRATNEY walked ahead of
JEAN McBRATNEY. As they passed near a Realty Office abutting
the walkway JOHN McBRATNEY tripped and fell over a protruding
platform from a golf cart. He fell to the ground sustaining
serious life-threatening injuries. His wife, JEAN McBRATNEY
was walking immediately behind him and personally witnessed
the injury to her husband.

Prem.L-2.    ☒ Count One-Negligence The defendants who negligently owned, maintained, managed and operated
the described premises were *(names)*:
SILVERADO COUNTY CLUB

☒ Does __1__ to __100__

Prem.L-3.    ☒ Count Two-Willful Failure to Warn [Civil Code section 846] The defendant owners who willfully or
maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
*(names)*: SILVERADO COUNTRY CLUB

☒ Does __1__ to __100__
Plaintiff, a recreational user, was ☐ an invited guest ☒ a paying guest.

Prem.L-4.    ☐ Count Three-Dangerous Condition of Public Property The defendants who owned public property on
which a dangerous condition existed were *(names)*:

☐ Does _____ to _____
a. ☐ The defendant public entity had ☐ actual ☐ constructive notice of the existence of the
dangerous condition in sufficient time prior to the injury to have corrected it.
b. ☐ The condition was created by employees of the defendant public entity.

Prem.L-5. a. ☒ Allegations about Other Defendants. The defendants who were the agents and employees of the other
defendants and acted within the scope of the agency were *(names)*:

☒ Does 1 _____ to 100 _____
b. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
☐ described in attachment Prem.L-5.b ☐ as follows *(names)*:

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) (Rev. January 1, 2007)
Martin Dean's
ESSENTIAL FORMS
                        **CAUSE OF ACTION - Premises Liability**        Page 1 of 1
                                                      Code of Procedure § 425.12
                                                      www.courtinfo.ca.gov

                                  McBRATNEY, JOHN & JEAN

JUN-15-2007 Case 3:07-cv-03632-BZ   Document 3   Filed 07/13/2007   Page 7 of 10 P.15/16
Jun 15 07 10:56a      Silverado Rooms          707-257-7440              P.7

06/15/2007 FRI 11:06 FAX 707 2  8449 Silverado Resort +++ branco        006/007

06/13/2007 11:53   4158835081          GIBSON LAW OFFICES               PAGE 08/09

PLD-PI-001(2)

| SHORT TITLE: | | CASE NUMBER: |
|---|---|---|
| McBRATNEY vs. SILVERADO COUNTRY CLUB | | |

_____SECOND_____      **CAUSE OF ACTION- General Negligence**   Page __5__
(number)

ATTACHMENT TO [X] Complaint   [ ] Cross-Complaint

(Use a separate cause of action form for each cause of action.)

GN-1. Plaintiff (name): JOHN McBRATNEY
JEAN McBRATNEY

alleges that defendant (name): SILVERADO COUNTRY CLUB

[X] Does ___1___ to _100___

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on (date): July 4, 2006
at (place): the Silverado Country Club in Napa, California

(description of reasons for liability):
defendants, and each of them, carelessly and negligently
permitted a dangerous condition to exist on property owned,
managed, maintained, operated and controlled by them, to wit:
golf carts with protruding platforms were permitted to park
directly adjacent to and protrude into a designated walkway
and path intended for, inter alia, pedestrian traffic.
Plaintiffs were injured by the defendants, and each of them,
when JOHN McBRATNEY tripped and fell over a protruding golf
bag platform on a golf cart parked adjacent to and protruding
into the said parkway. JEAN McBRATNEY was walking immediately
behind JOHN McBRATNEY and personally witnssed the injury to
him legally caused by defendants.

Page 1 of 1
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) (Rev. January 1, 2007)   [logo] Martin Deen's ESSENTIAL FORMS™       **CAUSE OF ACTION- General Negligence**   Code of Civil Procedure § 425.12
www.courtinfo.ca.gov

McBRATNEY, JOHN & JEAN

JUN-15-2007 Case 3:07-cv-03605-JBZ  Document 3    Filed 07/13/2007    Page 8 of 10
Jun 15 07 10:56a

06/15/2007 FRI 11:07 FAX 707 2   449 Silverado Resort +++ branco                    007/007
06/15/2007 11:53    4150035081              GIBSON LAW OFFICES              PAGE 09/89

PLD-PI-001(5)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| MCBRATNEY vs. SILVERADO COUNTRY CLUB | |

## Exemplary Damages Attachment                    Page __6__

ATTACHMENT TO ☒ Complaint    ☐ Cross-Complaint

EX-1. As additional damages against defendant *(name):*
   JOHN McBRATNEY

Plaintiff alleges defendant was guilty of
☒ malice
☒ fraud
☒ oppression
as defined in Civil Code section 3294, and plaintiff should recover, in addition to actual damages, damages
to make an example of and to punish defendant.

EX-2. The facts supporting plaintiff's claim are as follows:
   Plaintiffs refer to and incorporate herein by reference as
   though set out in full paragraphs Prem.L-1 and L-3 of this
   complaint as though set out in full.

EX-3. The amount of exemplary damages sought is
   a. ☒ not shown, pursuant to Code of Civil Procedure section 425.10.
   b. ☐ $

**EXHIBIT B**

Jun 15 07 10:55a    Silverado Rooms    707-257-7440    p.2

06/15/2007 FRI 11:05 FAX 707 __ 8449 Silverado Resort +++ branco    @001/007

06/13/2007 11:53  4158835081    GIBSON LAW OFFICES    PAGE 03/09

**SUMMONS**
**(CITACION JUDICIAL)**

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO)* :
SILVERADO COUNTRY CLUB

DOES 1 TO 100

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTA DEMANDANDO EL DEMANDANTE)* :
JOHN McBRATNEY
JEAN McBRATNEY

---

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

# ENDORSED

JUN 11 2007

Clerk of the Napa Superior Court
By: _____ D. ERNST
Deputy

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 30 DIAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.

The name and address of the court is:
*(El nombre y dirección de la corte es)*:
NAPA COUNTY SUPERIOR COURT
UNLIMITED JURISDICTION
825 Brown Street
Napa, California 94559

CASE NUMBER: 26 - 38073

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es)*:
C. MARTIN GIBSON, Esq. SBA52407    GIBSON LAW OFFICES
394 Bel Marin Keys Blvd, Suite 3    Novato, California 94949
415-883-0166    Fax: 415-883-5081

Stephen A. Bouch

DATE:
*(Fecha)* JUN 11 2007    Clerk, by _____ D. ERNST _____ , Deputy
*(Secretario)*    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify)* :

3. [ ] on behalf of *(specify)* :
   under: [ ] CCP 416.10 (corporation)    [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership)    [ ] CCP 416.90 (authorized person)
   [ ] other *(specify)* :
4. [X] by personal delivery on *(date)* : 6-15-07

SEAL

**SUMMONS**    Page 1 of 1

Code of Civil Procedure §§ 412.20, 465

Received  06-13-2007  11:48am  From-4158835081    To-QUEST DISCOVERY SERV  Page 003

McBRATNEY, JOHN & JEAN

PLS REVIEW

COMPLETED

JUN 18 2007

CONFLICTS SEARCH