**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHAWN A. TOLIVER, SB# 148349
HELEN LEE GREENBERG, SB# 230682
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant SILVERADO COUNTRY CLUB & RESORT, INC.
(erroneously sued herein as SILVERADO COUNTRY CLUB)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN McBRATNEY and JEAN McBRATNEY, <br><br> Plaintiffs, <br><br> v. <br><br> SILVERADO COUNTRY CLUB; and DOES 1-100, <br><br> Defendants. | CASE NO. C 07 3633 BZ<br><br>Action Filed: June 11, 2007<br><br>**DECLARATION OF HELEN LEE GREENBERG IN SUPPORT OF DEFENDANT SILVERADO COUNTRY CLUB & RESORT, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND TO STRIKE ALL REQUEST FOR PUNITIVE DAMAGES**<br><br>[Fed. R. Civ. P. 12(b)(6) and 12(f)] |

I, Helen Lee Greenberg, declare:

1. I am an attorney duly licensed to practice all of the courts of the State of California and before this Court and am an associate with Lewis, Brisbois, Bisgaard & Smith, LLP, attorneys of records for Silverado Country Club & Resort, Inc. herein. The facts set forth herein are of my own personal knowledge and upon information and belief and if sworn I could and would testify competently thereto.

/ / /

4833-5799-7569.1
DECLARATION OF HELEN LEE GREENBERG IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

2. On July 15, 2007, defendant Silverado was served with a copy of Plaintiffs' Complaint and a Summons from the state court. A true and correct copy of the Summons and Complaint is attached hereto as Exhibit "A".

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 13, 2007, at San Francisco, California.

_____
Helen Lee Greenberg

Lewis Brisbois Bisgaard & Smith LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

**PROOF OF SERVICE**
United States District Court, Northern District of California Case No.

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

On July 13, 2007, I served the following document described as

**DECLARATION OF HELEN LEE GREENBERG IN SUPPORT OF DEFENDANT SILVERADO COUNTRY CLUB & RESORT, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND TO STRIKE ALL REQUEST FOR PUNITIVE DAMAGES**

on all interested parties in this action by placing [X] a true copy  [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| C. Martin Gibson, Esq.<br>Gibson Law Offices<br>394 Bel Marin Keys Blvd., Ste. 3<br>Novato, CA 94949<br>Telephone:   415-883-0166<br>Facsimile:    415-883-5081 | Attorneys for Plaintiffs **JOHN & JEAN McBRATNEY** |

[ ]   (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

[X]   (BY MAIL, 1013a, 2015.5 C.C.P.)

[ ]   I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

[X]   I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X ]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 13, 2007, at San Francisco, California.

_____
Elaine Auwbrey

4833-5799-7569.1                    -3-
DECLARATION OF HELEN LEE GREENBERG IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

Case 3:07-cv-03633-BZ    Document 5    Filed 07/13/2007    Page 4 of 11

**EXHIBIT A**

SUM-100

# SUMMONS
## (CITACIÓN JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
SILVERADO COUNTRY CLUB
DOES 1 TO 100

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
JOHN McBRATNEY
JEAN McBRATNEY

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**ENDORSED**
JUN 11 2007
Clerk of the Napa Superior Court
By: D. ERNST
Deputy

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol), o poniéndose en contacto con la corte o el colegio de abogados locales.

The name and address of the court is:
*(El nombre y dirección de la corte es):*
NAPA COUNTY SUPERIOR COURT
UNLIMITED JURISDICTION
825 Brown Street
Napa, California 94559

CASE NUMBER: 26-38079
DELAY REDUCTION CASE

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
C. MARTIN GIBSON, Esq. SB#52407        GIBSON LAW OFFICES
394 Bel Marin Keys Blvd, Suite 3       Novato, California 94949
415-883-0166   Fax: 415-883-5081

DATE: JUN 11 2007        Clerk, by  D. ERNST, Deputy
                         Stephen A. Bouch

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):
3. ☐ on behalf of (specify):
   under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other (specify):
4. ☒ by personal delivery on (date): 6-15-07

Page 1 of 1
SUMMONS                     Code of Civil Procedure §§ 412.20, 465

McBRATNEY, JOHN & JEAN

PLS REVIEW
COMPLETED
JUN 18 2007
CONFLICTS SEARCH

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| C. MARTIN GIBSON, Esq.  SB#52407<br>GIBSON LAW OFFICES<br>394 Bel Marin Keys Blvd, suite 3<br>Novato, California 94949<br>TELEPHONE NO: 415-883-0166  FAX NO. (Optional): 415-883-5081<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiffs, JOHN & JEAN McBRATNEY | **ENDORSED**<br>JUN 11 2007<br>Clerk of the Napa Superior Court<br>By: D. ERNST<br>Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF NAPA
STREET ADDRESS: 825 Brown Street
MAILING ADDRESS:
CITY AND ZIP CODE: Napa, California 94559
BRANCH NAME: UNLIMITED JURISDICTION

PLAINTIFF: JOHN McBRATNEY
JEAN McBRATNEY

DEFENDANT: SILVERADO COUNTRY CLUB

☒ DOES 1 TO 100

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
☐ AMENDED (Number):

Type (check all that apply):
☐ MOTOR VEHICLE  ☒ OTHER (specify): PREMISES LIABILITY
☐ Property Damage  ☐ Wrongful Death
☒ Personal Injury  ☐ Other Damages (specify):

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
  Amount demanded ☐ does not exceed $10,000
                  ☐ exceeds $10,000, but does not exceed $25,000
☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
  ☐ from limited to unlimited
  ☐ from unlimited to limited

CASE MANAGEMENT CONFERENCE
DATE: 1-14-02
TIME: 8:30am
PLACE: Courtroom A
825 Brown Street, Napa CA 94559

*** DELAY REDUCTION CASE

CASE NUMBER: 26-38079

1. Plaintiff (name or names): JOHN McBRATNEY
   JEAN McBRATNEY
   alleges causes of action against defendant (name or names): SILVERADO COUNTRY CLUB, DOES 1 TO 100

2. This pleading, including attachments and exhibits, consists of the following number of pages: 6

3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
          (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) ☐ other (specify):
      (5) ☐ other (specify):

   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
          (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

Page 1 of 3
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

McBRATNEY, JOHN & JEAN

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| McBRATNEY vs. SILVERADO COUNTRY CLUB | |

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name):
      SILVERADO COUNTRY CLUB
      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1 TO 100 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 1 TO 100 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☒ at least one defendant now resides in its jurisdictional area.
   b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001 [Rev. January 1, 2007]  COMPLAINT—Personal Injury, Property Damage, Wrongful Death  Page 2 of 3

ESSENTIAL FORMS

MCBRATNEY, JOHN & JEAN

PLD-PI-001

| SHORT TITLE: McBRATNEY vs. SILVERADO COUNTRY CLUB | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☒ Premises Liability
   f. ☐ Other (specify):

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☒ loss of earning capacity
   g. ☐ other damage (specify):

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
   The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
      (1) ☒ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: May 16, 2007

C. MARTIN GIBSON, Esq.  SB#52407
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]
ESSENTIAL FORMS™

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

Page 3 of 3

MCBRATNEY, JOHN & JEAN

Received  06-13-2007  11:48am  From-4158835081  To-QUEST DISCOVERY SERV  Page 006

PLD-PI-001(4)

| SHORT TITLE: McBRATNEY vs. SILVERADO COUNTRY CLUB | CASE NUMBER: |
|---|---|

___FIRST___ **CAUSE OF ACTION- Premises Liability** Page ___1___
(number)

ATTACHMENT TO [X] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem L-1. Plaintiff (name): JOHN McBRATNEY, JEAN McBRATNEY
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On (date): July 4, 2006   plaintiff was injured on the following premises in the following

fashion (description of premises and circumstances of injury):
Plaintiffs, husband and wife, were invitees and guests of defendant SILVERADO COUNTRY CLUB, were returning to their room along a paved walkway. JOHN McBRATNEY walked ahead of JEAN McBRATNEY. As they passed near a Realty Office abutting the walkway JOHN McBRATNEY tripped and fell over a protruding platform from a golf cart. He fell to the ground sustaining serious life-threating injuries. His wife, JEAN McBRATNEY was walking immediately behind him and personally witnessed the injury to her husband.

Prem.L-2.   [X] **Count One-Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were (names):
SILVERADO COUNTY CLUB
[X] Does ___1___ to ___100___

Prem.L-3.   [X] **Count Two-Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were (names): SILVERADO COUNTRY CLUB
[X] Does ___1___ to ___100___
Plaintiff, a recreational user, was [ ] an invited guest [X] a paying guest.

Prem.L-4.   [ ] **Count Three-Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were (names):

[ ] Does _____ to _____
a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [X] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were (names):

[X] Does 1 to 100
b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b  [ ] as follows (names):

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) (Rev. January 1, 2007)
Essential Forms

**CAUSE OF ACTION - Premises Liability**

Code of Procedure § 425.12
www.courtinfo.ca.gov

McBRATNEY, JOHN & JEAN

Received 06-13-2007 11:40am From-4158835081 To-QUEST DISCOVERY SERV Page 007

PLD-PI-001(2)

| SHORT TITLE: McBRATNEY vs. SILVERADO COUNTRY CLUB | CASE NUMBER: |
|---|---|

__SECOND__ **CAUSE OF ACTION- General Negligence** Page __5__
(number)

ATTACHMENT TO ☒ Complaint ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff (name): JOHN McBRATNEY
JEAN McBRATNEY

alleges that defendant (name): SILVERADO COUNTRY CLUB

☒ Does __1__ to __100__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on (date): July 4, 2006
at (place): the Silverado Country Club in Napa, California

(description of reasons for liability):
defendants, and each of them, carelessly and negligently permitted a dangerous condition to exist on property owned, managed, maintained, operated and controlled by them, to wit: golf carts with protruding platforms were permitted to park directly adjacent to and protrude into a designated walkway and path intended for, inter alia, pedestrian traffic. Plaintiffs were injured by the defendants, and each of them, when JOHN McBRATNEY tripped and fell over a protruding golf bag platform on a golf cart parked adjacent to and protruding into the said parkway. JEAN McBRATNEY was walking immediately behind JOHN McBRATNEY and personally witnssed the injury to him legally caused by defendants.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]
**CAUSE OF ACTION- General Negligence**
Code of Civil Procedure § 425.12
www.courtinfo.ca.gov
Page 1 of 1

McBRATNEY, JOHN & JEAN

Received 06-13-2007 11:48am From-4158835081 To-QUEST DISCOVERY SERV Page 008

PLD-PI-001(6)

| SHORT TITLE: McBRATNEY vs. SILVERADO COUNTRY CLUB | CASE NUMBER: |
|---|---|

## Exemplary Damages Attachment

Page __6__

ATTACHMENT TO ☒ Complaint ☐ Cross-Complaint

EX-1. As additional damages against defendant (name):
JOHN McBRATNEY

Plaintiff alleges defendant was guilty of
☒ malice
☒ fraud
☒ oppression

as defined in Civil Code section 3294, and plaintiff should recover, in addition to actual damages, damages to make an example of and to punish defendant.

EX-2. The facts supporting plaintiff's claim are as follows:
Plaintiffs refer to and incorporate herein by reference as though set out in full paragraphs Prem.L-1 and L-3 of this complaint as though set out in full.

EX-3. The amount of exemplary damages sought is
a. ☒ not shown, pursuant to Code of Civil Procedure section 425.10.
b. ☐ $

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(6) [Rev. January 1, 2007]
Exemplary Damages Attachment
Page 1 of 1
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

McBRATNEY, JOHN & JEAN

Received 06-13-2007 11:48am From-4158835981 To-QUEST DISCOVERY SERV Page 009