**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHAWN A. TOLIVER, SB# 148349
HELEN LEE GREENBERG, SB# 230682
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone:   (415) 362-2580
Facsimile:   (415) 434-0882

Attorneys for Defendant SILVERADO COUNTRY CLUB & RESORT, INC. (erroneously sued herein as SILVERADO COUNTRY CLUB)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN McBRATNEY and JEAN McBRATNEY,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SILVERADO COUNTRY CLUB; and DOES 1-100,<br><br>　　　　Defendants. | CASE NO. 07-3633<br><br>Action Filed: June 11, 2007<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANT SILVERADO COUNTRY CLUB & RESORT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND TO STRIKE ALL REQUEST FOR PUNITIVE DAMAGES** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant SILVERADO COUNTRY CLUB & RESORT, INC. ("hereinafter SILVERADO") hereby withdraws it previously filed notice of motion and motion to dismiss for failure to state a claim upon which relief can be granted and to strike all request for punitive damages. The court has not heard the motion, as such defendant withdraws its motion to dismiss before any action by the court is taken.

DATED: July 23, 2007　　　　Respectfully submitted,

　　　　　　　　　　　　　　LEWIS BRISBOIS BISGAARD & SMITH LLP

　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　Shawn A. Toliver
　　　　　　　　　　　　　　Helen Lee Greenberg
　　　　　　　　　　　　　　Attorneys for Defendant SILVERADO COUNTRY CLUB & RESORT, INC. (erroneously sued herein as SILVERADO RESORT)

4828-1680-3073.1

NOTICE OF WITHDRAWAL OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441, 1446 (DIVERSITY)

**PROOF OF SERVICE**
United States District Court, Northern District of California Case No. 07-3633

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

On July 23, 2007, I served the following document described as

**NOTICE OF WITHDRAWAL OF DEFENDANT SILVERADO COUNTRY CLUB & RESORT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND TO STRIKE ALL REQUEST FOR PUNITIVE DAMAGES**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

C. Martin Gibson, Esq.                    Attorneys for Plaintiffs **JOHN & JEAN**
Gibson Law Offices                        **McBRATNEY**
394 Bel Marin Keys Blvd., Ste. 3
Novato, CA 94949
Telephone:  415-883-0166
Facsimile:  415-883-5081

[X]   (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

[X]   (BY MAIL, 1013a, 2015.5 C.C.P.)

[ ]   I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

[X]   I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 23, 2007, at San Francisco, California.

_____
Elaine Auwbrey

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580