**PROOF OF SERVICE**
United States District Court, Northern District of California Case No.

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

On July 23, 2007, I served the following document described as

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1441, 1332 (DIVERSITY OF CITIZENSHIP)**

on all interested parties in this action by placing [X] a true copy  [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| C. Martin Gibson, Esq.<br>Gibson Law Offices<br>394 Bel Marin Keys Blvd., Ste. 3<br>Novato, CA 94949<br>Telephone:   415-883-0166<br>Facsimile:    415-883-5081 | Attorneys for Plaintiffs **JOHN & JEAN McBRATNEY** |

[X]   (BY FACSIMILE)  The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

[X]   (BY MAIL, 1013a, 2015.5 C.C.P.)

   [ ]   I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

   [X]   I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   (FEDERAL)  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 23, 2007, at San Francisco, California.

_____
Elaine Auwbrey