**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHAWN A. TOLIVER, SB# 148349
HELEN LEE GREENBERG, SB# 230682
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant SILVERADO COUNTRY CLUB & RESORT, INC. (erroneously sued herein as SILVERADO COUNTRY CLUB)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN McBRATNEY and JEAN McBRATNEY, <br><br> Plaintiffs, <br><br> v. <br><br> SILVERADO COUNTRY CLUB; and DOES 1-100, <br><br> Defendants. | CASE NO. 07-3633 BZ <br><br> Action Filed: June 11, 2007 <br><br> **[PROPOSED] ORDER REGARDING STIPULATION REGARDING WITHDRAWAL OF NOTICE OF REMOVAL OF ACTION BY SILVERADO COUNTRY CLUB & RESORT, INC.** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of all parties regarding the Withdrawal of Notice of Removal of Action by defendant Silverado Country Club & Resort, Inc., the above-referenced matter is removed back to the Superior Court of California in Napa County.

**THE CLERK SHALL REMAND THE FILE.**

DATED: August 10, 2007



_____
MAGISTRATE JUDGE ZIMMERMAN

4837-3824-1793.1

**[PROPOSED] ORDER REGARDING STIPULATION REGARDING WITHDRAWAL OF NOTICE OF REMOVAL OF ACTION BY SILVERADO COUNTRY CLUB & RESORT, INC.**

# PROOF OF SERVICE
United States District Court, Northern District of California Case No. 07-3633

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

On August ___, 2007, I served the following document described as

**[PROPOSED] ORDER REGARDING STIPULATION REGARDING WITHDRAWAL OF NOTICE OF REMOVAL OF ACTION BY SILVERADO COUNTRY CLUB & RESORT, INC.**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| C. Martin Gibson, Esq.<br>Gibson Law Offices<br>394 Bel Marin Keys Blvd., Ste. 3<br>Novato, CA 94949<br>Telephone:  415-883-0166<br>Facsimile:   415-883-5081 | Attorneys for Plaintiffs **JOHN & JEAN McBRATNEY** |

[X]   (BY FACSIMILE)  The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

[X]   (BY MAIL, 1013a, 2015.5 C.C.P.)

[ ]   I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

[X]   I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   (FEDERAL)  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August ___, 2007, at San Francisco, California.

_____
Elaine Auwbrey

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580